IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR220 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD F. NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion of parties for an extension of the discovery and pretrial motion deadline. The motion was made during the arraignment of Defendant Donald F. Norden (Norden) on the Indictment on June 7, 2013. Norden acknowledged the additional time needed for the motion would be excluded under the calculations under the Speedy Trial Act. The oral motion was granted.

**IT IS ORDERED:**

1. The oral motion for an extension for the time of discovery and to file pretrial motions is granted. Discovery shall be completed **by June 19, 2013.** The parties shall have **to on or before July 25, 2013**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from June 7, 2013, through July 25, 2013**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 7th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge