IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR220-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DONALD F. NORDEN, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a report from the Probation Office indicating that the defendant is ineligible for a sentence reduction under Amendment 782 as the defendant's original sentence reflects the amendments to the guidelines. Counsel have been notified of the Probation Office's determination.

IT IS ORDERED that a sentence reduction under Amendment 782 is denied.

Dated August 6, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge