IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD F. NORDEN,<br><br>Defendant. | 8:13CR220<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing currently scheduled for August 23, 2019 at 1:00 p.m. before the Honorable Richard G. Kopf, in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

3) The hearing scheduled before me today at 1:15 p.m. is cancelled.

May 29, 2019.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge